**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00734-CR

### BERNARD KIPNGENO NGETICH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-11-62810-S**

## ORDER

The Court **REINSTATES** the appeal.

On January 8, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's March 26, 2013 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Moore requested thirty additional days from the March 26, 2013 hearing to file appellant's brief.

We **ORDER** Riann Moore to file appellant's brief by **MAY 1, 2013**. Because appellant's brief is already more than four months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order Riann Moore and the

Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore; and Michael Casillas.


/s/  DAVID EVANS
   JUSTICE